UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIMOTHY A. BOUDREAUX** | **CIVIL ACTION NO. 14-1820** |
| **VERSUS** | **JUDGE: CARL J. BARBIER** |
| **SCOTT'S BOAT RENTALS, LLC** | **MAGISTRATE: MICHAEL B. NORTH** |

### MOTION *IN LIMINE* TO EXCLUDE TRIAL TESTIMONY AND EXPERT REPORTS OF CAPTAIN MAURICE RYAN AND ROBERT BORISON

**NOW INTO COURT**, through undersigned counsel, comes defendant, Scott's Boat Rentals, LLC, respectfully moving this Honorable Court for an order excluding the trial testimony and expert reports of plaintiff's experts, Captain Maurice Ryan and Mr. Robert Borison, for the reasons more fully set forth in the attached Memorandum in Support.

Respectfully submitted,

/s/ Wilton E. Bland, III
WILTON E. BLAND, III (#3123)
BETH S. BERNSTEIN (#31412)
JEREMIAH N. JOHNS (#34853)
JUAN C. OBREGON (#35273)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
E-mail: wbland@mblb.com
bbernstein@mblb.com
jjohns@mblb.com
jobregon@mblb.com

*Attorneys for Scott's Boat Rentals, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 5, 2016, I electronically filed the foregoing with the Clerk of Court by U.S. Mail, facsimile or email filing to all counsel by CM/ECF. There are no non-ECF participants.

/s/ Wilton E. Bland, III